1

2 **ANTHONY H. MASON**
CHAPTER 7 TRUSTEE
3 PO BOX 22057
PHOENIX, AZ 85028-0057
4 (602) 808-7770

5

6
IN THE UNITED STATES BANKRUPTCY COURT
7
FOR THE DISTRICT OF ARIZONA
8

9 IN RE:                                              Chapter 7

10 ANGEL OROZCO                                         Case No.: 2:19-bk-15619-BKM
YESENIA SANCHEZ
11

12                                                     **CERTIFICATE OF SERVICE AND NO
Debtors.                            OBJECTIONS AND NOTICE OF LODGING
13                                                     PROPOSED ORDER**

14

15

16

17        Anthony H. Mason, the duly appointed Trustee herein ("Trustee"), filed a Motion to Compel

18 Turnover of Estate Property ("Motion") on May 6, 2021 at DE 16 and a Notice of Motion to Compel

19 Turnover of Estate Property ("Notice") on August 9, 2021 at DE 18 in the above captioned case.  The

20 Notice was duly noticed to all creditors and interested parties on August 10, 2021 at DE 19 per the Court's

21 Certificate of Service.

22        Trustee certifies that the time for filing an objection to the Motion has passed and no objection has

23 been received.

24        **WHEREFORE**, Trustee respectfully requests that the Court enter the form of Order lodged

25 herewith, approving Trustee's Motion.

26        **NOTICE IS HEREBY GIVEN** pursuant to Local Rule 9022-1 of the Local Rules of Bankruptcy

-1-

1

2  Procedure of the United States Bankruptcy Court for the District of Arizona, that the proposed form of

3  Order attached hereto as Exhibit "A" was lodged with the United States Bankruptcy Court this 7th day of

4  September 2021.

5          DATED this 7th day of September 2021.

6

7                                              /s/ Anthony H. Mason
                                               ANTHONY H. MASON, Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# Exhibit "A"

**ANTHONY H. MASON**
Chapter 7 Trustee
PO Box 27028
Tempe, Arizona 85285-7028
(602) 808-7770

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | Chapter 7 |
| ANGEL OROZCO<br>YESENIA SANCHEZ | Case No. 2:19-bk-15619-BKM |
| | **ORDER GRANTING MOTION TO COMPEL TURNOVER OF ESTATE PROPERTY** |
| Debtors. | |

Anthony H. Mason, Trustee of the above-captioned case ("Trustee"), having filed a *Trustee's Motion to Compel Turnover* ("Motion") on May 6, 2021 at DE 16 and a *Notice of Trustee's Motion to Compel Turnover* ("Notice") on August 9, 2021 at DE 18, the Notice having been duly served on all creditors and interested parties and no objection having being filed to the Motion, as evidenced by the Certificate of Service and No Objections filed herewith, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion; and

**IT IS FURTHER ORDERED** directing and compelling Debtors to turn over to the Trustee the sum of $4,433.33, representing the estate's interest in the 2019 federal and state income tax refunds.

DATED AND SIGNED ABOVE